Certificate Number: 16199-ILN-CC-033753268



16199-ILN-CC-033753268

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 26, 2019</u>, at <u>12:13</u> o'clock <u>PM EST</u>, <u>Brett Lynn Duck</u> received from <u>CC Advising, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>November 26, 2019</u>          By:    <u>/s/Mary Dillon for Evaline Mutuku</u>

Name:  <u>Evaline Mutuku</u>

Title:  <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 16199-ILC-CC-033748734



16199-ILC-CC-033748734

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 25, 2019</u>, at <u>3:58</u> o'clock <u>PM EST</u>, <u>Ronda M Duck</u> received from <u>CC Advising, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Central District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>November 25, 2019</u>      By:   <u>/s/Kylie Nichols for Engels Cuevas</u>

Name: <u>Engels Cuevas</u>

Title: <u>Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).